**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Denis J. Conlon, et al.

Plaintiff,

v.                                                      Case No.: 1:21–cv–02940
                                                        Honorable Jorge L. Alonso

The Northern Trust Company, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 30, 2022:

     MINUTE entry before the Honorable Susan E. Cox: The Court has reviewed the parties' joint stipulation and proposed order. This case has been referred to Judge Cox for discovery management, which includes the subject matter included in the stipulation. However, the proposed order only has a signature line for Judge Alonso. The parties are ordered to submit a proposed order to Judge Cox's proposed order inbox with a line for her signature for review and entry. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.