IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENIS J. CONLON, DIANE M. MATO, BRIAN J. SCHROEDER, PATRICK A. JACEK, PETER HANSELMANN, and ALEXANDER PASCALE, Individually, on Behalf of The Northern Trust Company Thrift-Incentive Plan, and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE NORTHERN TRUST COMPANY; THE NORTHERN TRUST COMPANY EMPLOYEE BENEFIT ADMINISTRATIVE COMMITTEE; KIMBERLY SOPPI and DOES 1-30, <br><br> Defendants. | Case No. 1:21-cv-2940 <br><br> Hon. Jorge L. Alonso <br> Magistrate Judge Susan E. Cox |

## JOINT MOTION TO EXTEND FACT DISCOVERY

Pursuant to the Minute Entry before the Honorable Susan E. Cox (ECF No. 73), plaintiffs Denis J. Conlon, Diane M. Mato, Brian J. Schroeder, Patrick A. Jacek, Peter Hanselmann, and Alexander Pascale (collectively, "Plaintiffs") and defendants The Northern Trust Company, The Northern Trust Company Employee Benefit Administrative Committee, and Kimberly Soppi (collectively, "Defendants") jointly move the Court for an extension of the fact discovery deadline.

In support of this motion, the parties state as follows:

1. The parties substantially completed their document productions on May 25, 2023. The parties collectively have produced more than 25,000 documents.

2. The parties expect to complete up to nineteen depositions of fact witnesses. Defendants intend to depose all six named Plaintiffs. Plaintiffs intend to depose eleven fact witnesses and two corporate representatives under Rule 30(b)(6).

3. The parties expect that six of these depositions will be completed by the current July 10, 2023 deadline for completing fact discovery.

4. However, due to the schedules of the remaining witnesses and counsel, including an upcoming trial requiring Defendants' in-house litigation counsel to be out of the country and unavailable for an extended period, the parties are unable to complete the depositions of the remaining witnesses by July 10, 2023.

5. After engaging in multiple meet and confers, the parties have determined that they need until November 30, 2023, to complete all fact depositions.

6. Accordingly, good cause exists to extend the deadline for fact discovery to November 30, 2023.

WHEREFORE, the parties respectfully request that the Court enter an order granting this motion and extending the fact discovery deadline to November 30, 2023.


Dated: June 22, 2023              Respectfully Submitted,


s/ *Agatha M. Cole*_____                         s/ *Amanda S. Amert*_____

| | |
|---|---|
| Garrett W. Wotkyns (*pro hac vice*)<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>8068 East Del Acero Drive<br>Scottsdale, AZ 85258<br>Telephone: (480) 889-3514<br>gwotkyns@scott-scott.com | Craig C. Martin<br>Amanda S. Amert<br>Matthew J. Thomas<br>Alexander J. Owings<br>Elizabeth P. Astrup<br>WILLKIE FARR & GALLAGHER LLP 300 North LaSalle Street, Suite 5000<br>Chicago, IL 60654<br>Telephone: (312) 728-9000<br>cmartin@willkie.com<br>aamert@willkie.com<br>mthomas@willkie.com<br>aowings@willkie.com<br>eastrup@willkie.com |
| Tanya Korkhov (Ill. Bar ID 4413472)<br>Agatha M. Cole<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223-6444<br>tkorkhov@scott-scott.com<br>acole@scott-scott.com | John L. Brennan<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 728-8000<br>jbrennan@willkie.com |
| Michael M. Mulder (Bar No. 1984268)<br>Elena N. Liveris (Bar No. 6297048)<br>THE LAW OFFICES OF MICHAEL M. MULDER<br>1603 Orrington, Suite 600<br>Evanston, IL 60201<br>Telephone: (312) 263-0272<br>mmmulder@mmulderlaw.com<br>eliveris@mmulderlaw.com | *Attorneys for Defendants The Northern Trust Company, The Northern Trust Company Employee Benefit Administrative Committee, and Kimberly Soppi* |
| Joseph C. Peiffer (*pro hac vice*)<br>Daniel J. Carr (*pro hac vice*)<br>Kevin P. Conway (*pro hac vice*)<br>Jamie L. Falgout (*pro hac vice*)<br>PEIFFER WOLF CARR KANE & CONWAY LLP<br>1519 Robert C. Blakes Sr. Drive<br>New Orleans, LA 70130<br>Telephone: (504) 523-2434<br>jpeiffer@peifferwolf.com<br>dcarr@peifferwolf.com<br>kconway@peifferwolf.com<br>jfalgout@peifferwolf.com<br>*Attorneys for Plaintiffs* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system on June 22, 2023. All Parties to this case are represented by counsel registered with the Court's CM/ECF system.

                                                  s/ *Amanda S. Amert*
                                                  Amanda S. Amert