# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Denis J. Conlon, et al.

                      Plaintiff,

v.
                                            Case No.: 1:21–cv–02940
                                            Honorable Jorge L. Alonso

The Northern Trust Company, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 23, 2023:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: The Court has reviewed the parties' joint status report [83]. The parties state that they will meet the 11/30/2023 fact discovery deadline. The parties are to file an updated joint status report on 12/7/2023. That status report shall propose an expert discovery schedule, if any, and state whether the parties are interested in a settlement conference at that time. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.