IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENIS J. CONLON, DIANE M. MATO, BRIAN J. SCHROEDER, PATRICK A. JACEK, PETER HANSELMANN, and ALEXANDER PASCALE, Individually, on Behalf of The Northern Trust Company Thrift-Incentive Plan, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NORTHERN TRUST COMPANY; THE NORTHERN TRUST COMPANY EMPLOYEE BENEFIT ADMINISTRATIVE COMMITTEE; KIMBERLY SOPPI; and DOES 1-30,<br><br>Defendants. | Case No. 1:21-cv-02940<br><br>Hon. Jorge L. Alonso<br>Magistrate Judge Keri Holleb Hotaling |

## JOINT STATUS REPORT

Pursuant to the Court's order dated April 25, 2024 (Dkt. 92, the "Scheduling Order"), Plaintiffs and Defendants (the "Parties") submit their joint status report as follows:

1. On February 21, 2024, the Parties engaged in a full-day mediation before Jed D. Melnick, Esq. of JAMS ADR, in New York, New York. The mediation did not result in a settlement. Prior to this mediation in February 2024, the Parties engaged in a mediation in May 2022, that also did not result in a settlement.

2. On April 15, 2024, the Parties identified affirmative expert witnesses and served initial expert reports. On May 24, 2024, the Parties served rebuttal expert reports. The Parties completed expert depositions in June 2024, and expert discovery closed on June 24, 2024. No further case deadlines have been set.

1

3. The Court's Scheduling Order directed the Parties to "indicat[e] whether they are interested in a settlement conference[.]" Dkt. 92. Defendants state that although the Parties' prior two mediations did not result in a settlement, Defendants remain willing to continue reasonable settlement discussions, including through a settlement conference.

4. Plaintiffs also remain willing to continue reasonable settlement discussions, including through a settlement conference, and suggest the Parties engage in a settlement conference conducted by a Magistrate Judge.

Dated: June 25, 2024

Respectfully submitted,

/s/ *Garrett W. Wotkyns*

Garrett W. Wotkyns (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel: (212) 223-6444
gwotkyns@scott-scott.com

Joseph C. Peiffer
Daniel J. Carr (*pro hac vice*)
Kevin P. Conway (*pro hac vice*)
Jamie L. Falgout (*pro hac vice*)
PEIFFER WOLF CARR KANE & CONWAY LLP
1519 Robert C. Blakes Sr. Drive
New Orleans, LA 70130
Tel. (504) 523-2434
jpeiffer@peifferwolf.com
dcarr@peifferwolf.com
kconway@peifferwolf.com
jfalgout@peifferwolf.com

/s/ *Amanda S. Amert*

Craig C. Martin
Amanda S. Amert
Matthew J. Thomas
Alexander J. Owings
Elizabeth P. Astrup
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle Street, Suite 5000
Chicago, IL 60654
Tel: (312) 728-9000
cmartin@willkie.com
aamert@willkie.com
mthomas@willkie.com
aowings@willkie.com
eastrup@willkie.com

*Counsel for Defendants The Northern Trust Company, The Northern Trust Company Employee Benefit Administrative Committee, and Kimberly Soppi*

Michael M. Mulder (Bar No. 1984268)
Elena N. Liveris (Bar No. 6297048)
THE LAW OFFICES OF MICHAEL M.
MULDER
1603 Orrington, Suite 600
Evanston, IL 60201
Tel: (312) 263-0272
mmmulder@mmulderlaw.com
eliveris@mmulderlaw.com

*Counsel for Plaintiffs Denis J. Conlon, et al.*

**CERTIFICATE OF SERVICE**

Pursuant to Rule 5 of the Federal Rules of Civil Procedure and Rule 5.5 of the Local Rules of the Northern District of Illinois, the undersigned, an attorney of record in this case, hereby certifies that on June 25, 2024, a true and correct copy of the parties' **Joint Status Report** was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

| | |
|---|---|
| Dated: June 25, 2024 | */s/ Garrett W. Wotkyns*<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Tel: (212) 223-6444<br>gwotkyns@scott-scott.com<br><br>*Counsel for Plaintiffs Denis J. Conlon, et al.* |