**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Denis J. Conlon, et al.
                               Plaintiff,

v.                                                                                                                                                                  Case No.: 1:21−cv−02940
                                                                                                                                                                 Honorable Jorge L. Alonso

The Northern Trust Company, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 9, 2024:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: An IN−PERSON three−hour Settlement Conference is set for 10/8/2024 at 1:00 p.m. This date is final and can only be changed by the granting of a motion. The parties are to draft settlement letters that comply with Judge Holleb Hotaling's Standing Order on Settlement Conferences and simultaneously submit them to opposing counsel and to Judge Holleb Hotaling's Chambers inbox (Chambers_HollebHotaling@ilnd.uscourts.gov). Plaintiff's demand letter is to be provided to opposing counsel and Judge Holleb Hotaling's Chambers inbox by 8/19/2024. Defendant's offer letter is to be provided to opposing counsel and Judge Holleb Hotaling's Chambers inbox by 9/4/2024. In addition to complying in all other material ways (particularly with respect to itemization and compromise), the parties' letters should reflect the settlement history including all prior demands/offers and the corresponding dates for those demands/offers. The parties agree to allow Judge Holleb Hotaling to conduct ex parte settlement discussions if necessary. Participants in the in−person settlement conference should report to Courtroom 1700, 219 South Dearborn Street, Chicago, IL 60604, unless otherwise notified in advance of the conference.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.