

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## 219 SOUTH DEARBORN STREET
## CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name: Mario J. Cacciola

Firm: Scott+Scott Attorneys at Law LLP

Street Address: The Helmsley Building, 230 Park Avenue. 24th Floor

City/State/Zip Code: New York, NY 10169

Phone Number: 212-223-6444

Email address: mcacciola@scott-scott.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:20-cv-06463 | Cutrone v. The Allstate Corporation et al | Manish S. Shah |
| 1:21-cv-02940 | Conlon et al v. The Northern Trust Company, et al | Jorge L. Alonso |
| | | |
| | | |
| | | |
| | | |

/s/ Mario J. Cacciola                                8/29/2024
Signature of Attorney                                Date

Rev. 01272016