**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Conlon v. The Northern Trust Co.

Case Number: 1:21-cv-2940-JLA

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs Denis J. Conlon, Nicole Travis, Diane M. Mato, Brian J. Schroeder, Patrick A. Jacek, Peter Hanselmann. and Alexander Pascale

Attorney name (type or print): Joseph P. Guglielmo

Firm: Scott+Scott Attorneys at Law LLP

Street address: The Helmsley Buidling, 230 Park Avenue, 24th Floor

City/State/Zip: New York, NY 10169

Bar ID Number: 2759819
(See item 3 in instructions)

Telephone Number: 212-223-6444

Email Address: jguglielmo@scott-scott.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you a member of the court's general bar? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| Are you appearing *pro hac vice*? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 4, 2024

Attorney signature: S/ Joseph P. Guglielmo
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023