**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2**
**Eastern Division**


Denis J. Conlon, et al.

                                                    Plaintiff,

v.                                                                              Case No.: 1:21–cv–02940
                                                                                Honorable Jorge L. Alonso

The Northern Trust Company, et al.

                                                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, October 10, 2024:


      MINUTE entry before the Honorable Keri L. Holleb Hotaling: The parties have reached a class settlement and are reducing the terms to writing. The Court hereby sets an off–the–record call for 10/30/2024 at 10:00 a.m. to address timing of the filing of the settlement agreement which will require court approval. The call in information is 888–684–8852 and the passcode is 3214701.(rbf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.