# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DENIS J. CONLON, DIANE M. MATO, BRIAN J. SCHROEDER, PATRICK A. JACEK, PETER HANSELMANN, and ALEXANDER PASCALE, Individually, on Behalf of The Northern Trust Company Thrift-Incentive Plan, and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE NORTHERN TRUST COMPANY; THE NORTHERN TRUST COMPANY EMPLOYEE BENEFIT ADMINISTRATIVE COMMITTEE; KIMBERLY SOPPI and DOES 1-30,<br><br>    Defendants. | Case No. 1:21-cv-2940<br><br>Hon. Jorge L. Alonso<br>Magistrate Judge Keri L. Holleb Hotaling |

## JOINT STIPULATION TO DISMISS DOES 1-30 WITH PREJUDICE

Defendants The Northern Trust Company, The Northern Trust Company Employee Benefit Administrative Committee, and Kimberly Soppi (collectively, the "Defendants") and plaintiffs Denis J. Conlon, Diane M. Mato, Brian J. Schroeder, Patrick A. Jacek, Peter Hanselmann, and Alexander Pascale (collectively, "Plaintiffs"), hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs voluntarily dismiss this action with prejudice as to Defendant Does 1-30. Each party shall bear its own costs. This action remains active as to all other defendants.

Dated: October 30, 2024                                     Respectfully Submitted,

| /s/ Garrett W. Wotkyns | /s/ Craig C. Martin (with permission) |
|---|---|

Garrett W. Wotkyns
SCOTT+SCOTT ATTORNEYS AT LAW LLP
8068 East Del Acero Drive
Scottsdale, AZ 85258
(480) 889-3514
gwotkyns@scott-scott.com

Joseph P. Guglielmo
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Tel.: 212-223-4478
jguglielmo@scott-scott.com

Joseph C. Peiffer
Daniel J. Carr
Kevin P. Conway
Jamie L. Falgout
PEIFFER WOLF CARR KANE & CONWAY LLP
935 Gravier Street, Suite 1600
New Orleans, LA 70112
Tel.: 504-523-2434
jpeiffer@peifferwolf.com
dcarr@peifferwolf.com
kconway@peifferwolf.com
jfalgout@peifferwolf.com

Michael M. Mulder
Elena N. Liveris
THE LAW OFFICES OF MICHAEL M. MULDER
1603 Orrington, Suite 600
Evanston, IL 60201
Tel.: 312-263-0272
mmmulder@mmulderlaw.com
eliveris@mmulderlaw.com

*Attorneys for Plaintiffs*

Craig C. Martin
Amanda S. Amert
Matthew J. Thomas
Alexander J. Owings
Elizabeth P. Astrup
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle Street, Suite 5000
Chicago, IL 60654
Tel.: (312) 728-9000
cmartin@willkie.com
aamert@willkie.com
mthomas@willkie.com
aowings@willkie.com
eastrup@willkie.com

*Attorneys for Defendants The Northern Trust Company, The Northern Trust Company Employee Benefit Administrative Committee, and Kimberly Soppi*

3

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system on October 30, 2024. All parties to this case are represented by counsel registered with the Court's CM/ECF system.

/s/ Garrett W. Wotkyns