# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DENIS J. CONLON, NICOLE TRAVIS, DIANE M. MATO, BRIAN J. SCHROEDER, PATRICK A. JACEK, PETER HANSELMANN, and ALEXANDER PASCALE, Individually, on Behalf of The Northern Trust Company Thrift-Incentive Plan, and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE NORTHERN TRUST COMPANY; THE NORTHERN TRUST COMPANY EMPLOYEE BENEFIT ADMINISTRATIVE COMMITTEE; and KIMBERLY SOPPI, <br><br> Defendants. | ) Case No. 1:21-cv-2940 <br> ) <br> ) <br> ) <br> ) <br> ) Hon. Keri L. Holleb Hotaling <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AND AUTHORIZATION TO DISSEMINATE NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that on January 28, 2025, at 10:00 a.m., or as soon as this Motion may be heard, counsel for plaintiffs Denis J. Conlon, Diane M. Mato, Brian J. Schroeder, Patrick A. Jacek, Peter Hanselmann, and Alexander Pascale (collectively, "Plaintiffs"), individually, and on behalf of a Class of participants in The Northern Trust Thrift-Incentive Plan (the "Plan"), shall appear before the Honorable Keri L. Holleb Hotaling in Courtroom 1700 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Settlement and Authorization to Disseminate Notice of Settlement.

Pursuant to this Motion, Plaintiffs respectfully request:

1. That the Court enter an Order certifying the Settlement Class[1] under Federal Rule of Civil Procedure 23(b)(1) for settlement purposes only, appointing Plaintiffs as class representatives, appointing Scott+Scott Attorneys at Law LLP, Peiffer Wolf Carr Kane & Conway LLP, and The Law Offices of Michael M. Mulder as Class Counsel, and granting preliminary approval of the Settlement;

2. That the Court order any interested party to file any objections to the Settlement within the time limit set by the Court along with supporting documentation, and order such objections, if any, to be served on counsel as set forth in the proposed Preliminary Approval Order and Settlement Notices;

3. That the Court schedule a Fairness Hearing for the purposes of receiving evidence, argument, and any objections relating to the Settlement; and

4. That following the Fairness Hearing, the Court enter an Order granting final approval of the Settlement, retaining jurisdiction to enforce the terms of the Settlement, and otherwise dismissing the complaint in this action with prejudice.

---

[1] All capitalized terms not defined herein have the meanings ascribed to them in the Class Action Settlement Agreement dated December 6, 2024, which is attached as Exhibit A to the Declaration of Kristen M. Anderson in Support of Motion for Preliminary Approval of Proposed Settlement and Authorization to Disseminate Notice of the Settlement.

| | |
|---|---|
| Dated: January 6, 2025 | Respectfully submitted,<br><br>/s/ *Kristen M. Anderson*<br>Joseph P. Guglielmo (Bar No. 2759819)<br>Kristen M. Anderson (Bar No. 6333679)<br>**SCOTT+SCOTT**<br>**ATTORNEYS AT LAW LLP**<br>The Helmsley Building<br>230 Park Avenue, 24th Floor<br>New York, NY 10169<br>Telephone: (212) 223-6444<br>jguglielmo@scott-scott.com<br>kanderson@scott-scott.com<br><br>Michael M. Mulder (Bar No. 1984268)<br>Elena N. Liveris (Bar No. 6297048)<br>**THE LAW OFFICES OF MICHAEL M. MULDER**<br>1603 Orrington, Suite 600<br>Evanston, IL 60201<br>Telephone: (312) 263-0272<br>mmmulder@mmulderlaw.com<br>eliveris@mmulderlaw.com<br><br>Joseph C. Peiffer<br>Daniel J. Carr (*pro hac vice*)<br>Kevin P. Conway (*pro hac vice*)<br>Jamie L. Falgout (*pro hac vice*)<br>**PEIFFER WOLF CARR KANE & CONWAY LLP**<br>1519 Robert C. Blakes Sr. Drive<br>New Orleans, LA 70130<br>Telephone: (504) 523-2434<br>jpeiffer@peifferwolf.com<br>dcarr@peifferwolf.com<br>kconway@peifferwolf.com<br>jfalgout@peifferwolf.com<br><br>*Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system to send notification of such filing to all counsel of record.

/s/ *Kristen M. Anderson*
Kristen M. Anderson