**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DENIS J. CONLON, DIANE M. MATO, BRIAN J. SCHROEDER, PATRICK A. JACEK, PETER HANSELMANN, and ALEXANDER PASCALE, Individually, on Behalf of The Northern Trust Company Thrift-Incentive Plan, and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE NORTHERN TRUST COMPANY; THE NORTHERN TRUST COMPANY EMPLOYEE BENEFIT ADMINISTRATIVE COMMITTEE; and KIMBERLY SOPPI; <br><br> Defendants. | ) Case No. 1:21-cv-2940 <br> ) <br> ) <br> ) <br> ) Hon. Keri L. Holleb Hotaling <br> ) |

**NOTICE OF PLAINTIFFS' MOTION FOR**
**FINAL APPROVAL OF CLASS SETTLEMENT**

**PLEASE TAKE NOTICE** that on July 29, 2025, at 10:00 a.m., or as soon as this Motion may be heard, counsel for plaintiffs Denis J. Conlon, Diane M. Mato, Brian J. Schroeder, Patrick A. Jacek, Peter Hanselmann, and Alexander Pascale (collectively, "Plaintiffs"), individually, and on behalf of a Class of participants in The Northern Trust Thrift-Incentive Plan (the "Plan"), shall appear before the Honorable Keri L. Holleb Hotaling in Courtroom 1700 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present Plaintiffs' Motion for Final Approval of Class Action Settlement.

This Motion is supported by Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Proposed Class Settlement and Authorization to Disseminate

Notice (ECF No. 116); this Court's Order preliminarily approving this Settlement (ECF No. 121); Plaintiffs' Memorandum of Law in Support of Motion for Final Approval of Class Settlement (filed herewith); Plaintiffs' Memorandum of Law in Support of Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards for Plaintiffs (filed herewith); Declarations of Garrett Wotkyns, Daryl Scott on behalf of Scott+Scott Attorneys At Law LLP, Michael M. Mulder on behalf of Law Offices of Michael M. Mulder, Jamie L. Falgout on behalf of Peiffer Wolf Carr Kane Conway & Wise, LLP in Support of Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Awards (filed herewith); and Declaration of Jeffrey Mitchell of Analytics Consulting, LLC in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement (filed herewith).

Dated: June 16, 2025

Respectfully submitted,

/s/ Kristen Anderson

Kristen Anderson
Joseph P. Guglielmo
Mario J. Cacciola
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Tel: (212) 223-6444
kanderson@scott-scott.com
jguglielmo@scott-scott.com
mcacciola@scott-scott.com

Garrett W. Wotkyns
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
1846 North 93rd Place
Scottsdale, AZ 85255
Tel: (610) 642-8500
garrettwotkyns@chimicles.com

2

Michael M. Mulder
Elena N. Liveris
**THE LAW OFFICES OF MICHAEL M. MULDER**
1603 Orrington, Suite 600
Evanston, IL 60201
Tel: (312) 263-0272
mmmulder@mmulderlaw.com
eliveris@mmulderlaw.com

Joseph C. Peiffer (*pro hac vice*)
Daniel J. Carr (*pro hac vice*)
Kevin P. Conway (*pro hac vice*)
Jamie L. Falgout (*pro hac vice*)
**PEIFFER WOLF CARR**
**KANE CONWAY & WISE, LLP**
935 Gravier St., Suite 1600
New Orleans, LA 70112
Tel: (504) 523-2434
jpeiffer@peifferwolf.com
dcarr@peifferwolf.com
kconway@peifferwolf.com
jfalgout@peifferwolf.com

*Counsel for Plaintiffs Denis J. Conlon, Diane M. Mato, Brian J. Schroeder, Patrick A. Jacek, Peter Hanselmann, and Alexander Pascale, Individually, on Behalf of The Northern Trust Company Thrift-Incentive Plan, and on Behalf of All Others Similarly Situated*

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system to send notification of such filing to all counsel of record.

                                                 /s/ Kristen Anderson
                                                 Kristen Anderson

Case: 1:21-cv-02940 Document #: 130 Filed: 06/16/25 Page 4 of 4 PageID #:890