# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Denis J. Conlon, et al.

                                        Plaintiff,

v.                                                            Case No.: 1:21–cv–02940

                                                                     Honorable Keri L. Holleb Hotaling

The Northern Trust Company, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2025:

       MINUTE entry before the Honorable Keri L. Holleb Hotaling: In–Person Final Fairness Hearing held 7/29/2025. Plaintiffs' motion for final approval of class settlement [Dkt. 130] is granted; Plaintiffs' motion for attorneys' fees, litigation expenses, and service awards [Dkt. 134] is granted. Additionally, all claims asserted therein in the action are hereby dismissed with prejudice and without costs to any of the Parties and Released Parties other than as provided for in the parties' Settlement Agreement. Enter Final Order and Judgment. Enter Order Awarding Attorneys' Fees, Litigation Expenses, and Service Awards. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.